UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ERIC LEE HALFADAY,

Defendant.
_____/

**FILED - MQ**
February 7, 2024 9:02 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY

**FELONY INFORMATION**

The United States Attorney charges:

**Assault by Strangulation**

**2:24-cr-2**
**Jane M. Beckering**
**U.S. District Judge**

On or about October 9, 2023, in Menominee County, on lands held in trust by

the United States for the benefit of the Hannahville Indian Community, in the

Western District of Michigan, Northern Division, Defendant,

**ERIC LEE HALFADAY,**

an Indian, assaulted his spouse, intimate partner, and dating partner, HH, by

strangling and attempting to strangle her.

18 U.S.C. § 113(a)(8)
18 U.S.C. § 113(b)(3), (4)
18 U.S.C. § 2266(7)(A)(i)
18 U.S.C. § 2266(10)
18 U.S.C. § 1151
18 U.S.C. § 1153

MARK A. TOTTEN
United States Attorney

Date: February 7, 2024

THEODORE J. GREELEY
Assistant United States Attorney